02/2012

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:  **Donco Donev**

Case No:

Chapter: **7**

Debtor

## Certification of Relatedness

The undersigned attorney certifies that:

1. (a) __2__ cases are being filed under Chapter __7__ that are related to each other; and/or

   (b) ____ cases are being filed under Chapter ____ that are related to case(s) now pending, and

2. The cases are related because:

   ☐ the debtors are husband and wife; or
   ☐ the debtor was a debtor in a previous case under Chapter 11; or
   ☑ the cases involve persons or entities that are affiliates as defined in § 101(2) of the Bankruptcy Code.

The undersigned attorney requests that the cases be assigned to the same judge.

Date of certification: **June 7, 2021**     Attorney's signature: **/s/ Timothy M. Hughes 6208982**